■ In the Matter of PHILIP KOHNBERG et al., Appellants, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents, and MORTON PICKMAN et al., Intervenors-Respondents.— Motion referred to the court that rendered the decision. Pres-

ent — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.